UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARON WOLMAN, | |
| Plaintiff, | Docket No. 1:20-cv-00152 |
| - against - | JURY TRIAL DEMANDED |
| COMPLEX MEDIA, INC. | |
| Defendant. | |

# COMPLAINT

Plaintiff Baron Wolman ("Wolman" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Complex Media Inc., ("Complex Media" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of an iconic copyrighted photograph of American rock guitarist Jimi Hendrix, owned and registered by Wolman, a legendary professional music photographer. Accordingly, Wolman seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Wolman is a renowned music photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 52 Vereda Serena Road, Santa Fe, New Mexico 87508. Wolman has photographed music icons such as Janis Joplin, The Rolling Stones, Frank Zappa, the Who, Jimi Hendrix, Pink Floyd, and Bob Dylan. Wolman was awarded the VIP award at the Classic Rock and Roll of Honour Awards

6. Upon information and belief, Complex Media is a foreign business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 229 West 43rd Street, New York, New York 10036. Upon information and belief, Complex Media is registered with the New York State Department of Corporations to do business in New York. At all times material, hereto, Complex Media has owned and operated a website at the URL: www.Complex.com (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Wolman photographed American rock guitarist Jimi Hendrix (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Wolman is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10. The Photograph was registered with the United States Copyright Office and was given registration number VA 2-114-914.

**B. Defendant's Infringing Activities**

11. Complex Media ran an article on the Website entitled *A Detailed History of Celebrity Sex*

*Tapes*. See: https://www.complex.com/pop-culture/2012/09/a-detailed-history-of-celebrity-sex-tapes/. The article featured the Photograph. A true and correct copy of the article and a screenshot of the article are attached hereto as Exhibit B.

12. Complex Media did not license the Photograph from Plaintiff for its article, nor did Complex Media have Plaintiff's permission or consent to publish the Photograph on its Website.

13. Wolman first discovered the use of the Photograph on the Website in November 2019.

14. Wolman could not have, with the exercise of due diligence, discovered the use of the Photograph on the Website any sooner than he actually did.

15. There were no "storm warnings" which placed Plaintiff on notice of a duty to search for the use of the Photograph on the Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST COMPLEX MEDIA)**
**(17 U.S.C. §§ 106, 501)**

16. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-15 above.

17. Complex Media infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Complex Media is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

18. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

19. Upon information and belief, the foregoing acts of infringement by Complex Media have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

20. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Complex Media be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement.

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       January 7, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
     Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York
Tel: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Baron Wolman*