UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARON WOLMAN,

        *Plaintiff*,

vs.

COMPLEX MEDIA, INC.,

        *Defendant*.

**ORDER**

20 Civ. 152 (ER)

RAMOS, D.J.:

    On January 7, 2020, Baron Wolman ("Plaintiff") brought this copyright infringement action against Complex Media, Inc.  Doc. 1.  Plaintiff died on November 2, 2020, and is hereby substituted by his estate, the Baron Alan Wolman Archives Trust, through its trustee Kristi A. Wareham.

    The Clerk is directed to terminate Baron Wolman and substitute Baron Alan Wolman Archives Trust, through its trustee Kristi A. Wareham, as the plaintiff in this action.  The Clerk is further directed to terminate the substitution motion, Doc. 17.

    It is SO ORDERED.

Dated:    February 18, 2021
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.