UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARON ALAN WOLMAN ARCHIVES TRUST,<br><br>                                 Plaintiff,<br><br>          -against-<br><br>COMPLEX MEDIA, INC.,<br><br>                                Defendant. | Civil Action No.: 1:20-cv-00152 (ER) (SLC)<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br><br>The Clerk of Court is further directed to terminate Doc. 62 from the docket. |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Baron Alan Wolman Archives Trust, and defendant, Complex Media, Inc., by and through their undersigned attorneys, that the above-captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

Dated:     August 23, 2022
_Laura M. Zaharia_
Scott Alan Burroughs, Esq.
Laura M. Zaharia, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
*Attorneys for Plaintiff, The Baron A. Wolman Archives Trust*

Dated: August 23, 2022
Nancy A. Del Pizzo
RIVKIN RADLER LLP
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
(201) 287-2460
*Attorneys for Defendant,*
*Complex Media, Inc.*

Date: August 24, 2022

SO ORDERED:

_____
HON. EDGARDO RAMOS, U.S.D.J.